UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SCOTT PERREAULT, #722478,

    Plaintiff,

Case No. 1:16-CV-1447

v.

Hon. Gordon J. Quist

MICHIGAN DEPARTMENT OF
CORRECTIONS, et al.,

    Defendants.
_____/

# ORDER ADOPTING
# REPORT AND RECOMMENDATION

The Court has reviewed Magistrate Judge Ellen Carmody's May 24, 2017, Report and Recommendation recommending that the Court grant Defendants Washington and Russell's motion for summary judgment based on Plaintiff's failure to exhaust administrative remedies as to Plaintiff's claims against them. The Report and Recommendation was duly served on Plaintiff on May 25, 2017. No objections have been filed pursuant to 28 U.S.C. § 636(b).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed May 24, 2017 (ECF No. 12), is approved and adopted as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendants Washington and Russell's Motion for Summary Judgment Based on Exhaustion (ECF No. 9) is **GRANTED**, and Plaintiff's claims against Defendants Washington and Russell are **dismissed without prejudice**.

Dated: June 20, 2017

        /s/ Gordon J. Quist
    GORDON J. QUIST
    UNITED STATES DISTRICT JUDGE